JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL HATCHER,<br><br>Petitioner,<br><br>v.<br><br>STEVEN LANGFORD, Warden,<br><br>Respondent. | Case No. 2:17-cv-07127-RGK-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: __12/12/17_____  *Gary Klausner*

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE